UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWAN ISHMILL SPRAGANS, 97633-011,<br>Plaintiff,<br>v.<br>GREGORY J. AHERN, et al.,<br>Defendant(s). | Case No. 18-cv-05587-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On February 12, 2019, the court dismissed plaintiff's pro se prisoner complaint for damages under 42 U.S.C. § 1983 with leave to amend to allege specific facts in support of a claim of deliberate indifference under the Eighth or Fourteenth Amendment, if possible. The court warned plaintiff that failure to amend within 28 days will result in the dismissal of this action.

On March 14, 2019, the court granted plaintiff's request for an extension of time to amend and gave him until April 12, 2019 to file a First Amended Complaint (FAC). The court again warned plaintiff that failure to amend within the designated time will result in the dismissal of this action.

More than two weeks have passed since plaintiff's FAC was due, but he has not amended or sought another extension of time to do so. This action accordingly is DISMISSED.

The clerk is instructed to close the file and terminate any pending motion as moot.

**IT IS SO ORDERED**.

Dated: May 1, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWAN ISHMILL SPRAGANS,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY J. AHERN,<br><br>    Defendant. | Case No. 3:18-cv-05587-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawan Ishmill Spragans ID: 97633-011
USP Florence - High
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226


Dated: May 1, 2019

                      Susan Y. Soong
                      Clerk, United States District Court

                      By:__/s/ L. Scott__
                      Lashanda Scott, Deputy Clerk to the
                      Honorable CHARLES R. BREYER